Seward B. COLLINS et al., Executors, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 8, Docket 20518.

Circuit Court of Appeals, Second Circuit.

Nov. 26, 1947.

Alan L. Gornick, of New York City, and Weston Vernon Jr., of Washington, D. C., for petitioner.

Melva M. Graney, of Washington, D. C., Sewall Key, Acting Asst. Atty. Gen., and Helen R. Carloss, Sp. Asst. Atty. Gen., for respondent.

Before L. HAND, AUGUSTUS N. HAND, and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on authority of Commissioner v. Bayne's Estate, 2 Cir., 155 F.2d 475.

Philip John HAWLEY, Appellant, v. UNITED STATES of America, Appellee.

No. 12098.

Circuit Court of Appeals, Fifth Circuit.

Nov. 25, 1947.

Philip John Hawley, of Leavenworth, Kan., in pro. per.

Clyde G. Hood, Asst. U. S. Atty., of Dallas, Tex., for appellee.

Before HUTCHESON, WALLER, and LEE, Circuit Judges.

PER CURIAM.

An examination of the record disclosing no reversible error, the order appealed from is affirmed.

Melvin C. KENNEDY, Appellant, v. UNITED STATES of America, Appellee.

No. 11518.

Circuit Court of Appeals, Ninth Circuit.

Nov. 24, 1947.

Morris Lavine, of Los Angeles, Cal., for appellant.

James M. Carter, U. S. Atty., Ernest A. Tolin and William Strong, Asst. U. S. Attys., Tobias G. Klinger, Sp. Asst. to Atty. Gen., all of Los Angeles, Cal., for appellee.

Before GARRECHT, MATHEWS, and ORR, Circuit Judges.

PER CURIAM.

The judgment is affirmed, on the authority of United States v. Hark, 320 U.S. 531, 536, 64 S.Ct. 359, 88 L.Ed. 290; Ruggiero v. United States, 9 Cir., 156 F.2d 976, 977; Frederick v. United States, 9 Cir., 163 F.2d 536, 543, certiorari denied, 68 S.Ct. 87.